# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENDELL CHARLES JONES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-09-299-R |
| | ) |
| MICHAEL K. ADDISON, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered December 8, 2009 [Doc. No. 18]. No objection to the Report and Recommendation has been filed. Therefore, the Report and Recommendation is ADOPTED in its entirety and the petition of Kendall Charles Jones for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

IT IS SO ORDERED this 4th day of January, 2010.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE